**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| LARRY PALMER, etc., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>DAVOL INC., etc., et al.,<br><br>Defendant(s). | ) | SA CV08-220-AHS(RNBx)<br><br>**ORDER TO PARTIES REQUIRING RULE 26(f) REPORT TO BE FILED NO LATER THAN MAY 19, 2008** |

All cases, except those exempted by the local rules or statute, shall be governed by a Scheduling Order to be issued as required under Fed. R. Civ. P. 16(b).

IT IS ORDERED, therefore, that all parties and counsel shall meet their obligations to disclose information, confer on a discovery plan, and file a report to the Court, as required by Fed. R. Civ. P. 26 (f) no later than May 19, 2008. Failure to comply with this Order may result in the imposition of sanctions.

**Based on the pleadings and the parties' Rule 26(f) Report, the Court will issue a Scheduling Order without convening a Scheduling Conference.**

The parties are referred to Fed. R. Civ. P. 26(f) and Local Rule 26-1 for the specific contents of the report. **The parties shall include in the joint report a factual summary or analysis of the case.**

IT IS FURTHER ORDERED that all counsel and parties appearing *pro se* must be familiar with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California. Obligations of "counsel" in this Order also include obligations of parties appearing *pro se*, unless otherwise expressly excluded.

IT IS SO ORDERED.

Dated: March 6, 2008.

**ALICEMARIE H. STOTLER**
ALICEMARIE H. STOTLER
CHIEF U. S. DISTRICT COURT JUDGE

Courtroom Deputy Clerk for
Judge Stotler:

Telephone No. (714) 338-4758