Ramon Rossi Lopez, Bar No. 086361
Christina Anne Fountain, Bar No. 111220
Troy Alexander Brenes, Bar No. 249776
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501 Telephone
(949) 737-1504 Facsimile
rlopez@lopezmchugh.com
cfountain@lopezmchugh.com
tbrenes@lopezmchugh.com
Attorneys for Plaintiffs LARRY PALMER and LORETTA PALMER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PALMER, an individual, and LORETTA PALMER, an individual, and as husband and wife,<br><br>*Plaintiff,*<br><br>vs.<br><br>DAVOL, INC., a corporation, BARD DEVICES, INC., a corporation, and C.R. BARD, Inc., a corporation, COLLEEN L. COLEMAN, M.D., an individual, HOAG MEMORIAL HOSPITAL PRESBYTERIAN, a corporation, and DOES 1 through 300, inclusive,<br><br>*Defendants.* | **Case No. SA CV08-00220—AHS (RNBx)**<br><br>**DECLARATION OF CHRISTINA ANNE FOUNTAIN IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND**<br><br>DATE: May 5, 2008<br>TIME: 10:00 a.m.<br>Courtroom: 10A<br><br>(a Superior Court of California, County of Orange, Case No. 30-2007-00100114-CU-PO-CJC) |

**DECLARATION OF CHRISTINA ANNE FOUNTAIN:**

I, Christina Anne Fountain, declare as follows:

1. I am an attorney at law licensed to practice before this Court and an associate with Lopez McHugh LLP, attorneys of record for plaintiffs herein. I have personal knowledge of the facts set forth below, and would competently testify thereto if called upon to do so.

2. Attached hereto as Exhibit "A" is a true and correct copy of the First Amended Complaint filed in the Orange County Superior Court on February 25, 2008.

3. Attached hereto as Exhibit "B" is the recall alert for the Bard® Composix® Kugel® Hernia Patch issued by the Food and Drug Administration on December 22, 2005.

4. Attached hereto as Exhibit "C" is a notice from the Judicial Panel on Multidistrict Litigation accepting Plaintiffs' notice of objection to the conditional transfer order.

4. I have spent no fewer than 10 hours reviewing the Notice of Removal, researching and analyzing law, preparing the initial and final draft of motion to remand and declaration, and my hourly fee is $450.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct.

Dated: March 28, 2008

By: ______________________
CHRISTINA ANNE FOUNTAIN