Ramon Rossi Lopez, Bar No. 086361
Christina Anne Fountain, Bar No. 111220
Troy Alexander Brenes, Bar No. 249776
**LOPEZ McHUGH LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501 Telephone
(949) 737-1504 Facsimile
rlopez@lopezmchugh.com
cfountain@lopezmchugh.com
tbrenes@lopezmchugh.com
Attorneys for Plaintiffs LARRY PALMER and LORETTA PALMER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PALMER, an individual, and LORETTA PALMER, an individual, and as husband and wife,<br><br>*Plaintiff*,<br><br>vs.<br><br>DAVOL, INC., a corporation, BARD DEVICES, INC., a corporation, and C.R. BARD, Inc., a corporation, COLLEEN L. COLEMAN, M.D., an individual, HOAG MEMORIAL HOSPITAL PRESBYTERIAN, a corporation, and DOES 1 through 300, inclusive,<br><br>*Defendants*. | **Case No. SA CV08-00220—AHS (RNBx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND**<br><br>DATE: May 19, 2008<br>TIME: 10:00 a.m.<br>Courtroom: 3<br><br>(Superior Court of California, County of Orange, Case No. 30-2007-00100114-CU-PO-CJC) |

THIS MATTER having been presented to the Court to have this case remanded back to state court, and good cause for same having been shown,

IT IS HEREBY ORDERED that this case to be remanded to the Orange County Superior Court.

IT IS FURTHER ORDERED that Defendants pay all attorneys fees and costs in connection with the removal and subsequent motions.

Dated: ________________

______________________________________________
HONORABLE ALICEMARIE H. STOTLER