HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
E-mail: tmf@hassard.com

HASSARD BONNINGTON LLP
GREGORY KIM, ESQ., State Bar No. 187007
444 South Flower Street, Suite 1700
Los Angeles, CA 90071-2901
Telephone: (213) 683-0800
Fax: (213) 683-0801
E-mail: gxk@hassard.com

Attorneys for Defendants
DAVOL INC., BARD DEVICES INC., AND C.R. BARD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

LARRY PALMER, an individual, LORETTA PALMER, an individual, and as husband and wife,

Plaintiffs,

vs.

DAVOL INC., a Corporation, BARD DEVICES, INC., a Corporation, and C.R. BARD, INC., a Corporation, COLLEEN L. COLEMAN, M.D., an individual, HOAG MEMORIAL HOSPITAL PRESBYTERIAN, a corporation, and DOES 1 through 300, inclusive,

Defendants.

No. SACV08-220 AHS (RNBx)

**NOTICE OF APPEARANCE**

Please take notice that Gregory Kim, Esq. (California State Bar No. 187007), Hassard Bonnington LLP, 444 South Flower Street, Suite 1700, Los Angeles, California 90071, (213) 683-0800 (telephone), (213) 683-0801 (facsimile),

gxk@hassard.com (e-mail), represents and hereby appears as an additional attorney to be noticed as counsel for defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc. in this action.

DATED: April 3, 2008

HASSARD BONNINGTON LLP

By /s/ Gregory Kim
Gregory Kim
Attorneys for Defendants
Davol Inc., Bard Devices, Inc. and
C.R. Bard, Inc.