Kirby T. Griffis, Esq.
Dana Alan Gausepohl, Esq.
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
Tel. (202) 898-5800
Fax (202) 682-1639

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Larry Palmer, an individual, and Loretta Palmer, an individual, et al., Plaintiff(s) v. Davol Inc., a corporation, et al. Defendant(s). | CASE NUMBER SACV08-220 AHS (RNBx) |
| | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of Kirby T. Griffis,
*Applicant's Name*

of Spriggs & Hollingsworth, 1350 I Street, NW, Washington, DC 2005
*Firm Name / Address*

(202) 898-5800 kgriffis@spriggs.com
*Telephone Number* *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant

Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.

and the designation of Gregory Kim
*Local Counsel Designee /State Bar Number*

of Hassard Bonnington LLP, 444 South Flower Street, Suite 1700, Los Angeles, CA 90071
*Local Counsel Firm / Address*

(213) 683-0800 gxk@hassard.com
*Telephone Number* *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated ____________________ ______________________________

U. S. District Judge/U.S. Magistrate Judge