HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
E-mail: tmf@hassard.com

HASSARD BONNINGTON LLP
GREGORY KIM, ESQ., State Bar No. 187007
444 South Flower Street, Suite 1700
Los Angeles, CA 90071-2901
Telephone: (213) 683-0800
Fax: (213) 683-0801
E-mail: gxk@hassard.com

Attorneys for Defendants
Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LARRY PALMER, an individual, LORETTA PALMER, an individual, and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVOL INC, a Corporation, BARD DEVICES, INC., a Corporation, and C.R. BARD, INC., a Corporation, COLLEEN L. COLEMAN, M.D., an individual, HOAG MEMORIAL HOSPITAL PRESBYTERIAN, a corporation, and DOES 1 through 300, inclusive,<br><br>Defendants. | No. SACV08-220 AHS (RNBx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REMAND**<br><br>**DATE: May 5, 2008**<br>**TIME: 10:00 a.m.**<br>**COURTROOM: 10A** |

In consideration of plaintiffs' motion to remand, and the opposition filed

/ / /

/ / /

thereto by defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc., and good cause appearing, it is hereby ordered that plaintiffs' motion to remand is denied.

DATED: _______________ ________________________________________

HONORABLE ALICEMARIE H. STOTLER