**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

CIVIL MINUTES - GENERAL

Case No.: SA CV08-0220-AHS(RNBx) Date: April 28, 2008

Title: Larry Palmer, etc., et al. v. Davol Inc., etc., et al.

==================================================================

PRESENT: **HON. ALICEMARIE H. STOTLER, CHIEF U.S. DISTRICT JUDGE**

Ellen Matheson Not Present
Deputy Clerk Court Reporter

**ATTORNEYS PRESENT:** None present

**PROCEEDINGS:** (IN CHAMBERS) ORDER CONTINUING PLAINTIFFS' MOTION TO REMAND AND REQUEST FOR COSTS FROM MAY 5, 2008, TO JULY 7, 2008, at 10:00 a.m.

On the Court's own motion, the hearing on Plaintiffs' Motion to Remand and Request for Costs is continued from May 5, 2008, at 10:00 a.m. to July 7, 2008, at 10:00 a.m.

The clerk shall serve this minute order on counsel for all parties in this action.