(RNBx), CLOSED, DISCOVERY, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division − Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:08−cv−00220−AHS−RNB

Larry Palmer et al v. Davol Inc et al
Assigned to: Judge Alicemarie H. Stotler
Referred to: Magistrate Judge Robert N. Block
Case in other court: Superior Court of California, County of Orange, 00100114
Cause: 28:1441 Notice of Removal − Product Liability

Date Filed: 02/27/2008
Date Terminated: 06/06/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Larry Palmer**
*an individual*

represented by

**Christina A L Fountain**
Lopez McHugh LLP
North Tower
100 Bayview Circle Suite 5600
Newport Beach, CA 92660
949−737−1501
Email: cfountain@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon R Lopez**
Lopez McHugh LLP
North Tower
100 Bayview Circle Suite 5600
Newport Beach, CA 92660
949−737−1501
Email: rlopez@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy A Brenes**
Lopez McHugh LLP
North Tower
100 Bayview Circle Suite 5600
Newport Beach, CA 92660
949−737−1501
Email: tbrenes@lopezmchugh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loretta Palmer**
*an individual, and as husband and wife*

represented by

**Christina A L Fountain**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ramon R Lopez**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Troy A Brenes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*a corporation*

represented by **Dana Alan Gausepohl**
Spriggs and Hollingsworth
1350 I Street NW
Washington, DC 20005
202−898−5800
Fax: 202−682−1639
Email: dgausepohl@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Kim**
Hassard Bonnington
444 South Flower Street
Suite 1700
Los Angeles, CA 90071
213−683−0800
Email: gxk@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
Spriggs and Hollingsworth
1350 I Street N W 9th Floor
Washington, DC 20005
202−898−5800
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M Frieder**
Hassard Bonnington
Two Embarcadero Center Suite 1800
San Francisco, CA 94111−3941
415−288−9800
Fax: 415−288−9801
Email: tmf@hassard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Devices Inc**
*a Corporation*

represented by **Dana Alan Gausepohl**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CR Bard Inc**
*a Corporation*

represented by **Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Colleen L Coleman**
*MD, an individual*

**Defendant**

**Hoag Memorial Hospital Presbyterian**
*a corporation*

**Defendant**

**DOES**
*1 through 300, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2008 | Ï 1 | NOTICE OF REMOVAL from Superior Court of California, County of Orange, case number 00100114 with conformed copy of summons and complaint.Case assigned to Judge Alicemarie H. Stotler, Discovery to Magistrate Judge Robert N Block. Filing fee $ 350 PAID. Filed by Defendants Davol Inc, Bard Devices Inc, CR Bard Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B to End)(smi) (Entered: 02/28/2008) |
| 02/27/2008 | Ï 2 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Davol Inc, Bard Devices Inc, CR Bard Inc. Davol Inc and Bard Devices, Inc. are wholly owned subsidiaries of C.R. Bard, Inc. C.R. Bard, Inc. has no parent corporation.(smi) (Entered: 02/28/2008) |
| 02/27/2008 | Ï 3 | CERTIFICATE OF SERVICE filed by Defendants Davol Inc, Bard Devices Inc, CR Bard Inc, Notice to Adverse Party of Removal to Federal Court mail served on 2/27/08. (Attachments: # 1 Exhibit A# 2 Exhibit B)(smi) (Entered: 02/28/2008) |
| 02/27/2008 | Ï | Conformed Copy of COMPLAINT against all defendants. Jury Demanded. Filed by Plaintiff Larry Palmer, Loretta Palmer in Superior Court State of California, County of Orange on December 11, 2007.(smi) (Entered: 02/28/2008) |
| 02/27/2008 | Ï | FAX number for Attorney Troy A Brenes, Christina A L Fountain, Ramon R Lopez is 949−737−1504. (smi) (Entered: 02/28/2008) |
| 02/27/2008 | Ï | FAX number for Attorney Thomas M Frieder is 415−288−9801. (smi) (Entered: 02/28/2008) |
| 03/03/2008 | Ï 4 | CERTIFICATE OF SERVICE filed by Defendant Davol Inc, Bard Devices Inc, CR Bard Inc, *Certificate of Service of Notice of Assignment to United States Magistrate Judge for Discovery, and Other Documents* served on 02/28/2008. (Frieder, Thomas) (Entered: 03/03/2008) |
| 03/05/2008 | Ï 5 | ANSWER *Answer and Affirmative Defenses of Defendants Davol Inc., Bard Devices, Inc., and C.R. Bard, Inc.*, ANSWER filed by defendant Davol Inc, Bard Devices Inc, CR Bard Inc.(Frieder, Thomas) (Entered: 03/05/2008) |
| 03/06/2008 | Ï 6 | ORDER to parties requiring Rule 26(f) Report to be filed no later than 5/19/08 by Judge Alicemarie H. Stotler. (twdb) (Entered: 03/07/2008) |
| 03/28/2008 | Ï 7 | NOTICE OF MOTION AND MOTION to Remand Case to Orange County Superior Court filed by Plaintiffs Larry Palmer, Loretta Palmer.Motion set for hearing on 5/5/2008 at 10:00 AM before Judge Alicemarie H. Stotler. (Attachments: # 1 Exhibit A−C# 2 Declaration of Christina Anne Fountain# 3 Proposed Order)(Fountain, Christina) (Entered: 03/28/2008) |
| 04/03/2008 | Ï 8 | NOTICE of Appearance filed by attorney Gregory Kim on behalf of Defendants Davol Inc, Bard Devices Inc, CR Bard Inc (Kim, Gregory) (Entered: 04/03/2008) |
| 04/16/2008 | Ï 9 | APPLICATION OF NON−RESIDENT ATTORNEY Dana Alan Gausepohl for Leave to Appear Pro Hac Vice. FEE NOT PAID. filed by defendant Davol Inc, Bard Devices Inc, CR Bard Inc. (Attachments: # 1 Proposed Order Order on Application of Non−Resident Attorney to Appear in a Specific Case)(Kim, Gregory) (Entered: 04/16/2008) |
| 04/16/2008 | Ï 10 | APPLICATION OF NON−RESIDENT ATTORNEY Kirby T. Griffis for Leave to Appear Pro Hac Vice. FEE NOT PAID. filed by defendant Davol Inc, Bard Devices Inc, CR Bard Inc. (Attachments: # 1 Proposed Order Order on Application of Non−Resident Attorney to Appear in a Specific Case)(Kim, Gregory) (Entered: 04/16/2008) |
| 04/21/2008 | Ï 11 | MEMORANDUM in Opposition to MOTION to Remand Case to Orange County Superior Court 7 *Defendants Davol Inc., Bard Devices, Inc. and C.R. Bard's Memorandum In Opposition to Plaintiffs' Motion for Remand* filed by Defendants Davol Inc, Bard Devices Inc, CR Bard Inc. (Attachments: # 1 Proposed Order [Proposed]Order Denying Plaintiffs' Motion to |

| | | |
|---|---|---|
| | | Remand)(Frieder, Thomas) (Entered: 04/21/2008) |
| 04/21/2008 | 12 | DECLARATION of Thomas M. Frieder in Opposition to Plaintiffs' Motion to Remand MOTION to Remand Case to Orange County Superior Court 7 filed by Defendants Davol Inc, Bard Devices Inc, CR Bard Inc. (Frieder, Thomas) (Entered: 04/21/2008) |
| 04/22/2008 | 13 | ORDER by Judge Alicemarie H. Stotler Granting APPLICATION OF NON−RESIDENT ATTORNEY Dana Alan Gausepohl for Leave to Appear Pro Hac Vice. FEE PAID 9 by Dana Alan Gausepohl to appear on behalf of Defendants Davol Inc, Bard Devices Inc, CR Bard Inc. (rla) (Entered: 04/22/2008) |
| 04/22/2008 | 14 | ORDER by Judge Alicemarie H. Stotler Granting APPLICATION OF NON−RESIDENT ATTORNEY Kirby T. Griffis for Leave to Appear Pro Hac Vice 10 . Kirby T. Griffis to appear on behalf of Defendants Davol Inc, Bard Devices Inc, CR Bard Inc. Gregory Kim is designated as local counsel. Fee PAID. (rla) (Entered: 04/22/2008) |
| 04/22/2008 | 15 | ANSWER *Answer and Affirmative Defenses of Defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.* filed by defendant Davol Inc, Bard Devices Inc, CR Bard Inc.(Frieder, Thomas) (Entered: 04/22/2008) |
| 04/22/2008 | 16 | CERTIFICATE OF SERVICE filed by defendant Davol Inc, Bard Devices Inc, CR Bard Inc, re Answer to Complaint 15 *Certificate of Service of Answer and Affirmative Defenses of Defendants Davol Inc., Bard Devices, Inc. and C.R. Bard, Inc.* served on 4/22/08. (Frieder, Thomas) (Entered: 04/22/2008) |
| 04/28/2008 | 17 | MINUTES OF IN CHAMBERS ORDER by Judge Alicemarie H. Stotler Continuing Plaintiffs' MOTION to Remand Case to Orange County Superior Court 7 . Motion continued to 7/7/2008 at 10:00 AM before Judge Alicemarie H. Stotler. (nbo) (Entered: 04/28/2008) |
| 05/19/2008 | 18 | JOINT REPORT of Rule 26(f) filed by Plaintiff Larry Palmer. (Fountain, Christina) (Entered: 05/19/2008) |
| 05/21/2008 | 19 | AMENDED DOCUMENT filed by Plaintiff Larry Palmer. Amendment to Report 18 *Joint Scheduling and Planning Conference* (Fountain, Christina) (Entered: 05/21/2008) |
| 06/03/2008 | 20 | SUPPLEMENT *DEFENDANT C.R. BARD, INC.'S, DEFENDANT BARD DEVICES, INC.'S AND DEFENDANT DAVOL INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO MOTION TO REMAND* filed by Defendants Davol Inc, Bard Devices Inc, CR Bard Inc. (Frieder, Thomas) (Entered: 06/03/2008) |
| 06/06/2008 | 21 | ORDER by Judge John G. Heyburn, II, transferring case to District of Rhode Island MDL No. 1842. Original file, certified copy of the transfer order and docket sheet sent. (MD JS−6. Case Terminated.) (ade) (Entered: 06/24/2008) |